**SCHIAN WALKER, P.L.C**.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
SCOTT R. GOLDBERG, #015082
CODY J. JESS, #025066
Attorneys for Lawrence E. Pritchard, as
  Trustee of the Pritchard Charitable Remainder
  Unitrust dated December 29, 1994

J. Murray Zeigler, AZ Bar #012427
**ZEIGLER LAW GROUP, PLC**
229 W. La Vieve Lane
Tempe, AZ 85284-3022
Telephone: (480) 888-6269
Facsimile: (888) 457-0409
murray@zeiglerlawgroup.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2-13-bk-19796-RJH |
| MICHELLE LEE WAGNER, | CHAPTER 7 |
| Debtor. | Adversary No. 2-14-ap-00149 |
| LAWRENCE E. PRITCHARD, as trustee of the PRITCHARD CHARITABLE REMAINDER UNITRUST DATED DECEMBER 29, 1994, | **PROPOSED JOINT DISCOVERY PLAN** |
| Plaintiff, | |
| vs. | |
| MICHELLE LEE WAGNER, | |
| Defendant. | |

Pursuant to Bankruptcy Rule 7026(f) and the Court's *Order Setting Pre-Trial Status Conference* [DE 7], the parties to the above-captioned adversary proceeding, having conferred, hereby submit their proposed discovery plan.

1. The parties agree to exchange initial disclosures, pursuant to Bankruptcy Rule 7026(a)(1)

by **May 21, 2014**.

2. The parties submit the following discovery deadlines:

    a. Deadline to submit written discovery requests: **July 9, 2014**;

    b. Deadline to disclose areas of expert testimony: **July 16, 2014**;

    c. Deadline to disclose expert witnesses and expert testimony/opinions: **July 16, 2014**;

    d. Deadline to disclose rebuttal expert witnesses and testimony: **August 13, 2014**;

    e. Deadline to disclose non-expert witnesses, exhibits, and other matters under Fed. R. Civ. P. 26(a)(3): **September 10, 2014**; and

    f. Close of discovery: **October 10, 2014**.

3. Dispositive motions shall be due on or before **November 7, 2014**.

4. The parties do not believe any changes to the time, form, or requirement for disclosures under Fed. R. Civ. P. 26(a), or to the discovery rules are necessary.

5. Discovery will be on all issues and not phased.

6. The parties have discussed the possibility of a settlement. Plaintiff has made a formal settlement offer to Defendant/Debtor, which offer is still pending. At this juncture, it appears unlikely that a settlement can be reached.

DATED this 7th day of May, 2014.

                              SCHIAN WALKER, P.L.C.

                              By /s/ CODY J. JESS, #025066
                                  Cody J. Jess
                                  Attorneys for Plaintiff

                              ZEIGLER LAW GROUP, PLC

                              By /s/ CODY J. JESS, w/ permission of:
                                  J. Murray Zeigler
                                  Attorneys for Defendant/Debtor

| | |
|---|---|
| 1 | COPY of the foregoing<br>e-mailed this 7th day<br>of May, 2014, to: |
| 2 | |
| 3 | Jill H. Ford<br>Chapter 7 Trustee<br>Post Office Box 8545 |
| 4 | Carefree, Arizona 85377<br>jford@trustee.phxcoxmail.com |
| 5 | |
| 6 | /s/ JULIE LARSEN |