SO ORDERED.

Dated: July 11, 2014



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

**SCHIAN WALKER, P.L.C**.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
SCOTT R. GOLDBERG, #015082
CODY J. JESS, #025066
Attorneys for Lawrence E. Pritchard, as
 Trustee of the Pritchard Charitable Remainder
 Unitrust dated December 29, 1994

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2-13-bk-19796-MCW |
| MICHELLE LEE WAGNER, | CHAPTER 7 |
| Debtor. | Adversary No. 2-14-ap-00149 |
| LAWRENCE E. PRITCHARD, as trustee of the PRITCHARD CHARITABLE REMAINDER UNITRUST DATED DECEMBER 29, 1994, | **STIPULATED ORDER EXTENDING CERTAIN DEADLINES SET FORTH IN JOINT DISCOVERY PLAN** |
| Plaintiff, | DATE: January 14, 2015 |
| vs. | TIME: 11:00 a.m. |
| MICHELLE LEE WAGNER, | LOCATION: 230 North First Avenue |
| Defendant. | Phoenix, Arizona |
| | Courtroom 702, 7th Floor |

Plaintiff Lawrence E. Pritchard, as Trustee of the Pritchard Charitable Remainder Unitrust Dated December 29, 1994 and defendant Michelle Lee Wagner (jointly, the "**Parties**") stipulate and agree and follows:

### STIPULATION

1. On May 7, 2014, the Parties filed their *Proposed Joint Discovery Plan* (the "**Discovery Plan**") [DE 11] with the Court.

2. The Discovery Plan set forth certain deadlines as follows:

   a. Deadline to disclose expert witnesses and expert testimony/opinions: July 16,

00269145.5

2014;

        b.     Deadline to disclose rebuttal expert witnesses and testimony: August 13, 2014; and

        c.     Dispositive motions shall be filed on or before November 7, 2014.

    3.     The Parties desire to extend the above-reference deadlines.

## **ORDER**

IT IS HEREBY ORDERED that the above-deadlines are extended as follows:

    1.     The deadline for the Parties to disclose expert testimony and/or opinions shall be **October 31, 2014**.

    2.     The deadline for the Parties to disclose rebuttal expert witnesses and testimony shall be **November 21, 2014**.

    3.     The deadline for the Parties to file any dispositive motions shall be **December 12, 2014**.

IT IS FURTHER ORDERED that the pretrial conference scheduled in this matter for September 24, 2014 at 11:00 a.m. is vacated and rescheduled to  January 14 , 20 15  at  11:00  a .m. at 230 N. First Ave. 7th Floor, Courtroom 702, Phoenix, AZ.

DATED AND SIGNED ABOVE.

Agreed as to form and content:

| SCHIAN WALKER, P.L.C. | ZEIGLER LAW GROUP, PLC |
|---|---|
| By /s/ CODY J. JESS, #020566<br>   Scott R. Goldberg<br>   Cody J. Jess<br>   Attorneys for Lawrence E. Pritchard, as<br>   trustee of the Pritchard Charitable Remainder<br>   Unitrust dated December 29, 1994 | By /s/ CODY J. JESS, w/ permission of:<br>   J. Murray Zeigler<br>   Attorneys for Defendant Michelle Lee<br>   Wagner |