**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Allison M. Lauritson – 022185
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHELLE LEE WAGNER, | No. 2:13-bk-19796-RJH |
| Debtor. | **TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS** |

Jill H. Ford, Trustee, by and through her attorneys undersigned, for her Objection to Debtor's Claimed Exemptions, respectfully submits the following:

1. This case was commenced by voluntary petition filed by the Debtor on November 14, 2013.

2. Jill H. Ford is the duly qualified and acting Chapter 7 Trustee of the Chapter 7 Estate ("Trustee").

3. On the Schedule B and C filed with this Court, the Debtor claims an exemption in Crecon, LLC and Crecon Financial, LLC ("Businesses"), pursuant to A.R.S. § 33-1130(1) ("Tools of Trade").

4. Pursuant to A.R.S. § 33-1130(1), a debtor may exempt certain tools and equipment "used in a commercial activity, trade, business or profession." Specifically, the following may be claimed exempt as tools of the trade:

> 1. The tools, equipment, instruments and books, including telephone numbers, client or customer contact information, or marketing tools, such as websites, domain names or any other intangible work product, in the possession of a debtor or the spouse of a debtor primarily used in, and necessary to carry on or develop, the commercial activity, trade, business or profession of the debtor or the debtor's spouse, not in excess of an aggregate fair market value of five thousand dollars.

5. In this case, the Debtor does not list the tools and equipment that she intends to claim exempt under the Tools of Trade; rather Debtor merely lists the Businesses as exempt under §33-1130(1).

6. The statute does not provide for an exemption in a business entity itself, as claimed by Debtor in this case.

7. Accordingly, the Trustee hereby objects to the claimed exemptions in the Tools of Trade.

WHEREFORE, Jill H. Ford, Trustee respectfully requests that this Court make and enter its Order sustaining the objection to exemptions for the reasons stated herein; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 21st day of January, 2014.

**LANE & NACH, P.C.**

By /s/ AML – 022185
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Trustee

COPY of the foregoing mailed as follows on
January 21, 2014:

Michelle Lee Wagner
114 W. Adams St., #310
Phoenix, AZ 85003
Debtor

Delivered via electronic notification to:

J. Murray Zeigler
Zeigler Law Group, PLC
229 W. La Vieve Ln.
Tempe, AZ 85284-6269
Email: murray@zeiglerlawgroup.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gov

By /s/ Kesha M. Jennings