**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Allison M. Lauritson – 022185
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MICHELLE LEE WAGNER,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:13-bk-19796-RJH<br><br>**TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIMED EXEMPTIONS**<br><br>**Hearing Date: February 25, 2014**<br><br>**Hearing Time: 11:00 a.m.** |

Jill H. Ford, Trustee, by and through her attorneys undersigned, for her Objection to Debtor's Amended Claimed Exemptions, respectfully submits the following:

1. This case was commenced by voluntary petition filed by the Debtor on November 14, 2013.

2. Jill H. Ford is the duly qualified and acting Chapter 7 Trustee of the Chapter 7 Estate ("Trustee").

3. On the initial Schedule C filed in this case, Debtor claimed exempt an exemption in Crecon, LLC and Crecon Financial, LLC ("Businesses"), pursuant to A.R.S. § 33-1130(1) ("Tools of Trade"). Trustee filed an objection to the Debtor's Claimed Exemptions on January 21, 2014, asserting that the Businesses are not exempt as Tools of Trade under the cited statute.

4. Debtor has since amended Schedule C and the claimed exemptions to claim the "Debtor's interest in" the Businesses' "tools, equipment, instruments, books, telephone numbers, client and customer contact information, marketing tools, websites, domain names and any other intangible work product".

*See* DE 34.

6. On information and belief, the Businesses own the assets claimed exempt, not the Debtor. The Debtor's *interest in* the tools, equipment, instruments, intangibles, etc., arise via her interest in the Businesses. As such, the tools, equipment, instruments, intangibles of the Businesses are not exempt as tools of the trade under A.R.S. §33-1130(1).

7. Accordingly, the Trustee hereby objects to the amended claimed exemptions in the Tools of Trade.

WHEREFORE, Jill H. Ford, Trustee respectfully requests that this Court make and enter its Order sustaining the objection to exemptions for the reasons stated herein; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 24th day of February, 2014.

**LANE & NACH, P.C.**

By /s/ AML – 022185
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Trustee

COPY of the foregoing mailed as follows on
February 24, 2014:

Michelle Lee Wagner
114 W. Adams St., #310
Phoenix, AZ 85003

Delivered via electronic notification to:

J. Murray Zeigler
Zeigler Law Group, PLC
229 W. La Vieve Ln.
Tempe, AZ 85284-6269
Email: murray@zeiglerlawgroup.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gov

By /s/ Kesha M. Jennings

2
Case 2:13-bk-19796-MCW    Doc 37    Filed 02/24/14    Entered 02/24/14 15:25:59    Desc
Main Document    Page 2 of 2