# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MICHELLE LEE WAGNER |
| **Case Number:** | 2:13-BK-19796-RJH   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 25, 2014 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

## Matter:

PRITCHARD CHARITABLE TRUST'S OBJECTION TO DEBTORS CLAIMED EXEMPTIONS

**R / M #:**   33 / 0

## Appearances:

ALLISON M. LAURITSON, ATTORNEY FOR JILL H. FORD
J. MURRAY ZEIGLER, ATTORNEY FOR MICHELLE LEE WAGNER
CODY J. JESS, ATTORNEY FOR PRITCHARD CHARITABLE TRUST

## Proceedings:

Mr. Zeigler stated there is a disagreement as to who is the owner of the tools.   He urged the Court to sustain the claim as far as the debtor has any interest in the assets.

Ms. Lauritson explained the trustee's position and stating the trustee believes the business owns these items.

Mr. Jess stated there is no evidence that the debtor has any interest in these assets.

THE COURT WILL DECLINE THE SPEAKING MOTION TO GRANT AN ADVISORY RULING THAT THIS PROPERTY WOULD BE EXEMPT IF IT WAS OWNED BY THE DEBTOR.

COURT:   IT IS ORDERED SUSTAINING THE TRUSTEE'S OBJECTION.

Case 2:13-bk-19796-MCW   Doc 38   Filed 02/25/14   Entered 02/26/14 09:09:04   Desc
Main Document   Page 1 of 1

02/26/2014   9:08:54AM