**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona  85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach - 013622
Email:  adam.nach@lane-nach.com
Allison M. Lauritson - 022185
Email:  allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHELLE LEE WAGNER, | No. 2:13-bk-19796-MCW |
| Debtor. | ***AMENDED*** **TRUSTEE'S APPLICATION TO SELL ESTATE'S INTEREST IN LIMITED LIABILITY COMPANY FREE AND CLEAR OF LIENS** |

Jill H. Ford, Trustee, by and through counsel undersigned, herein applies to this Court for an Order authorizing her to sell property of this Estate, free and clear of liens. **Trustee files this Amended Application to correct the initial bid amount, with the corrected amount reflected in paragraph 7, below.** For her Application, Trustee represents as follows:

1. This case was commenced by voluntary petition filed by the Debtor under Chapter 7 of Title 11, United States Code, on or about November 14, 2013.

2. Jill H. Ford is the duly qualified and acting Trustee of the Chapter 7 Estate ("Trustee").

3. Among the assets of this Estate is an ownership interest in Orpheum Partners, LLC, an Arizona limited liability company (hereinafter referred to as "Orpheum" or "Property").

4. Orpheum owns a parking lot adjacent to 114 West Adams, Phoenix, AZ, described as APN #112-21-278 (lot 1) and APN #112-21-279 (lot 2).

5. On information and belief, the parking lot property is not encumbered.

6. On information and belief, the interest in Orpheum is not encumbered by any liens, claims or interests.

7. Trustee has received an offer from Rod Hatch ("Bidder") to purchase the interest in Orpheum for a total purchase price of **$25,600.00**.

8. A copy of the offer is attached hereto as Exhibit "A".

9. The Bidder is a member and co-owner of Orpheum.

10. Pursuant to the Orpheum Operating Agreement, the members of Orpheum have a right of first refusal and may exercise such right at the sale hearing.

11. The interest in Orpheum shall be transferred subject to any applicable transfer fees. The highest and best bidder ("Buyer") shall be responsible for paying any applicable transfer fees.

12. Section 363(b)(1) authorizes the Trustee, after notice, to sell property of the Estate other than in the ordinary course of business.

13. Title 11 U.S.C. § 363(f) provides that the trustee may sell property . . . free and clear of any interest in such property of an entity other than the estate, if--

    (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;

    (2) such entity consents;

    (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

    (4) such interest is in bona fide dispute; or

    (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

Title 11 U.S.C. § 363(f).

14. Bidder is a co-member of Orpheum with Debtor.

15. The sale of the interest in Orpheum is subject to higher and better bids at sale hearing, and thus, the successful Buyer is a good faith purchaser and is entitled to the benefits provided by 11 U.S.C.

§ 363(m), and that 11 U.S.C. § 363(m) is applicable.

16. Trustee believes that consummation of the sale is in the best interest of this Estate. The sale has been negotiated at arm's length and in good faith.

17. There are no commissions involved in this sale.

18. Trustee seeks authority to sell the bankruptcy estate's interest in Orpheum "AS IS/WHERE IS", with no warranties, guarantees or representations and free and clear of liens.

19. The proposed sale is subject to higher and better bids. The Trustee will continue solicit higher bids.

WHEREFORE, Jill H. Ford, Trustee, respectfully requests that this Court make and enter its Order (i) authorizing the Trustee to sell the interest in Orpheum as reflected herein; and, (ii) for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 9th day of May, 2014.

LANE & NACH, P.C.

By  /s/ Allison M. Lauritson – 022185
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Trustee

COPY of the foregoing mailed/delivered via electronic notification

J. Murray Zeigler
Zeigler Law Group, PLC
229 W. La Vieve Ln.
Tempe, AZ 85284-6269
Email: murray@zeiglerlawgroup.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gov

By  /s/ Kesha M. Jennings

# EXHIBIT A

**Allison Lauritson**

| | |
|---|---|
| **From:** | Rod Hatch <██████████> |
| **Sent:** | Friday, April 11, 2014 2:52 PM |
| **To:** | Allison Lauritson |
| **Subject:** | Re: Ford/Wagner, Michelle - Case No. 1:13-bk-19796 |

Allison,

I would be willing to offer $25,600 cash for 1 parking space ownership through Orpheum Partners, LLC. Let me know how the sale proceeds.

On Fri, Apr 11, 2014 at 1:24 PM, Allison Lauritson <Allison.Lauritson@lane-nach.com> wrote:

Members:

> I represent Jill H. Ford, the Court appointed Trustee in the bankruptcy case of Michelle Wagner.

> Please see attached correspondence regarding the bankruptcy estate's interest in Orpheum Lofts, LLC.

Thank you.

Allison

Allison M. Lauritson
Lane & Nach, P.C.

**2001 E. Campbell Avenue, Suite 103**

**Phoenix, AZ 85016**

Office: 602-258-6000 ext. 302

Direct Line: 602-247-8572
Fax: 602-258-6003

E-mail: allison.lauritson@lane-nach.com

1